IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EARNEST GIBSON, IV, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. H-15-2138 |
| UNITED STATES OF AMERICA, | § |
| Defendant. | § |

## FINAL JUDGMENT

In accordance with the court's Order of even date, this action is dismissed with prejudice.

This is a final judgment.

SIGNED on July 28, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge